UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | | |
|---|---|---|
| SAFE HAVEN ENTERPRISES INC. | : | DOCKET NO. 06-1229 |
| VS. | : | JUDGE TRIMBLE |
| ACME SOUTHWEST LOCK SUPPLY, INC. | : | MAGISTRATE JUDGE WILSON |

## ORDER

This case is more than seven months old. There is no return of service as to defendant. Plaintiff is hereby notified that the court is considering dismissal of the case because service of process has not been effected within 120 days after filing suit. LR. 41.3W; FRCP 4(m). Plaintiff shall have 11 calendar days to perfect and file a return of service, or to file evidence of good cause for failure to timely perfect same.

THUS DONE AND SIGNED in Chambers at Lake Charles, Louisiana, this 8th day of March, 2007.

_____
ALONZO P. WILSON
UNITED STATES MAGISTRATE JUDGE